

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-24,805-11

### IN RE GARY WAYNE LOWE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 87-0279 IN THE 71ST DISTRICT COURT
### FROM HARRISON COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 71st District Court of Harrison County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harrison County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order that designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Harrison County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. If Relator has filed an application for a writ of habeas corpus in Harrison County and the district attorney's office has filed an answer, Respondent shall also state whether a copy was sent to Relator. *See* TEX. CODE CRIM. PROC. art. 11.07, § 7. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: January 27, 2016
Do not publish